UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WINTERSTAR, LLC, et al.,<br><br>　　　　Defendants. | No.  2:17-cv-02476-JAM-AC<br><br><br>ORDER |

    This matter is before the court on plaintiffs' motion to compel initial disclosures. ECF No. 19.  Defendants filed a statement of non-opposition, citing defense counsel's serious medical condition as cause for their failure to timely serve initial disclosures, along with the fact that the parties were busy participating in mediation, which ultimately failed, and a complication with defense counsel's law license, which is now resolved.  ECF No. 21.  Defendants asked for 20 days to serve the initial disclosures.  Id.  Plaintiff did not reply.  The matter is before the undersigned pursuant to Local Rule 302(c)(1).

////

////

////

////

1

In light of defendants' statement of non-opposition, plaintiff's motion (ECF No. 19) is GRANTED.[1]  Defendants shall serve initial disclosures no later than May 11, 2020.

IT IS SO ORDERED.

DATED: April 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Ordinarily, because plaintiff's motion to compel is meritorious, an award of fees and costs would appropriate pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and Local Rule 230. However, the court notes that plaintiff did not request fees, so none will be awarded.  It is further noted that, even had fees been requested, the court likely would have declined to award fees as they would be unjust under the circumstances.  See Fed. R. Civ. P. 37(1)(5)(A)(ii).

2