UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WINTERSTAR LLC, MY THREE SONS AUTO SALES LLC, and KJJ COPORATE,<br><br>　　　　Defendants. | No.  2:17-cv-2476 JAM AC<br><br><br>ORDER |

　　　　The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On September 2, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days.  ECF No. 29.  Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed September 2, 2020, are adopted in full;

　　　　2. Plaintiff's June 18, 2020 motion for discovery sanctions (ECF No. 23) is GRANTED

and the July 1, 2020 motion to compel (ECF No. 25) is DENIED as MOOT;

    3. The court enters judgment against the defendants on the complaint's claims in the amount of $32,000 as well as an award of attorneys' fees and costs to be determined by a subsequent motion;

    4. Defendants are to make changes and accommodations at the subject property located at or 3805 Florin Road, Sacramento, to correct the specific violations identified above in compliance with the Americans with Disabilities Act Accessibility Guidelines; and

    5. This case is closed.

DATED: October 14, 2020        /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE